UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2021 FEB 17 AM 9:07

CLERK

BY _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 5:21-cr-00002 |
| | ) |
| KYLE S. LAMOTHE, | ) |
| Defendant. | ) |

## MOTION TO UNSEAL DOCUMENTS

The United States of America, by and through its counsel, Christina E. Nolan, United States Attorney for the District of Vermont, hereby moves this Court to unseal the Applications for a Search Warrant, Applications for Nondisclosure Orders, Motions to Seal, resulting Orders, Warrant Returns, and associated docket entries in this case.

The grand jury returned an indictment on January 14, 2021 charging the primary target of the investigation, Kyle Lamothe, with various crimes. [Dkt. 22.] The defendant appeared for an arraignment on those charges on February 3, 2021. [Dkt. 25.] On February 9, 2021, the Court ordered the United States to identify which sealed documents may now be unsealed following the arraignment. [Dkt. 30.]

Because maintaining the documents under seal is no longer necessary to ensure the safety of individuals and the integrity of the investigation, the United States moves to unseal the documents and the docket entries at docket numbers 1, 3, 4, 5, 6, 7, 9, 10, 12, 13, 14, 16, 17, 18, 19, 20, and 21 in this case. The defendant, through counsel, is aware of and does not oppose the requested relief.

WHEREFORE, the United States requests that the Court grant this motion to unseal the identified documents and docket entries in this case.

Dated at Burlington, in the District of Vermont, February 17, 2021.

Respectfully submitted,

UNITED STATES OF AMERICA
CHRISTINA E. NOLAN
United States Attorney

By: /s/ Matthew J. Lasher

Matthew J. Lasher
Assistant U.S. Attorney
P.O. Box 570
Burlington, VT 05402-0570
(802) 951-6725
matthew.lasher@usdoj.gov