UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 5:21-cr-00002-1 |
| | ) |
| KYLE S. LAMOTHE, | ) |
| Defendant. | ) |

## ORDER

This matter having been presented to the Court by the United States of America, and the Court having considered said motion and the discovery obligations of the United States, it is hereby

ORDERED that the following previously sealed documents, and the associated docket entries in this case, be unsealed because sealing is no longer necessary to ensure the safety of individuals and the integrity of the investigation: docket numbers 1, 3, 4, 5, 6, 7, 9, 10, 12, 13, 14, 16, 17, 18, 19, 20, and 21.

Dated at Burlington, in the District of Vermont, this 22nd day of February 2021.

/s/ John M. Conroy
HON. JOHN M. CONROY
Magistrate Judge
United States District Court
District of Vermont